UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| Tonya Rives,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>Whiteside School District No. 115,<br>Illinois Federation of Teachers,<br><br>　　　　　　　　　　Defendants. | CASE:  3:11-CV-01145-GPM-SCW |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S**
**COMPLAINT PURSUANT TO RULE 12(b)(6)**

　　　　Defendant Illinois Federation of Teachers ("IFT"), pursuant to Fed. R. Civ. P. 12(e), 12(b)(1) and 12(b)(6), respectfully move this Court to dismiss Plaintiff's Complaint in its entirety against the IFT for the following reasons, which are set forth at greater length in Defendant's Memorandum in Support of its Motion to Dismiss Plaintiff's Complaint filed contemporaneously herewith:

　　　　1.   Count I, asserting race discrimination  pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, must be dismissed against the IFT because Plaintiff fails to allege any facts sufficient state a cause of action against the IFT for discrimination under Title VII.

　　　　2.   Count II, alleging that Defendant denied union representation to Plaintiff must be dismissed, because it fails to state a claim upon which relief can be granted.

　　　　3.   The Complaint must be dismissed in its entirety because its bare-bones, "unadorned, the-defendant-unlawfully-harmed-me accusation[s]" fail to raise more than a speculative right to

relief in either of the counts, and the Complaint as a whole therefore fails to state a legally sufficient claim within the meaning of Rules 8(a) or 12(b)(6). *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949-50 (2009).

4. If the Plaintiff is asserting a claim for a violation of the duty of fair representation, this must be dismissed because the Illinois Education Labor Relations Board has exclusive jurisdiction over these claims.

5. There is no subject matter jurisdiction because the IFT was not the entity which represented the Plaintiff and is not the proper party.

FOR ALL THE FOREGOING REASONS, and for the reasons set forth in Defendants' accompanying Memorandum in Support of its Motion to Dismiss Plaintiff's Complaint, Defendant respectfully moves this Court to dismiss Plaintiff's Complaint as against the IFT.

                Respectfully submitted,
                ILLINOIS FEDERATION OF TEACHERS

                By: s/ Marisel A. Hernandez
                    Marisel A. Hernandez

Jacobs, Burns, Orlove and Hernandez
122 S. Michigan Ave., Ste. 1720
Chicago, Illinois 60603
Tel: (312) 372-1646
Fax: (312) 580-7175
E-mail:  mhernandez@jbosh.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2012, I electronically filed Defendant's Motion To Dismiss Plaintiff's Complaint Pursuant To Rule 12(B)(6),  with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Jason R. Craddock
    Attorney for Plaintiff
    29 S. LaSalle Street, Suite 440
    Chicago, IL 60603
    Captian1970@thelifeline.net


    Howard W. Small
    Attorney for Defendant, White School District #115
    Law Office of Small & Freeman, Ltd
    41 East University Ave, Suite 3D
    Champaign, IL 61824
    hws@smallandfreemanlaw.com


                                  Respectfully submitted,

                                  s/ Marisel A. Hernandez
                                  Marisel A. Hernandez