IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONYA RIVES,<br>　　　Plaintiff,<br><br>-vs-<br><br>WHITESIDE SCHOOL DISTRICT<br>NO. 115,<br><br>　　　Defendant. | Case No.: 3:11-cv-01145-GPM-SCW<br>CJRA TRACK: 3<br>Presumptive Trial Month: 9/2013<br><br>Judge: Murphy, Williams |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, WHITESIDE SCHOOL DISTRICT NO. 115, by its attorney, Howard W. Small of the Law Office of Small & Freeman, Ltd., pursuant to Rule 56 of the Federal Rules of Civil Procedure moves for summary judgment in its favor and against the Plaintiff as to Counts I-IV of the Amended Complaint, stating in support as follows:

1. Plaintiff's Amended Complaint was filed on 1/31/13 and contains four Counts. Defendant has filed an Answer and Affirmative Defense to Counts I and IV, and on 2/13/13 Defendant filed a Motion to Dismiss Counts II and III. A Court ruling is pending as to the Motion to Dismiss. Nevertheless, Defendant moves for summary judgment on all four Counts of the Amended Complaint, because Defendant believes that the content of the Motion for Summary Judgment will be applicable to and dispositive of Counts II and III as well, even assuming that the Court allows Counts II and III to survive the Motion to Dismiss.

2. Essentially, the Amended Complaint alleges that Plaintiff was non-renewed on her teaching contract with Defendant in April, 2010, that such non-renewal amounted to a denial of tenure for the Plaintiff, and that such non-renewal/denial of tenure was motivated by racial discrimination and/or sexual harassment and/or retaliation arising from alleged sexual harassment and/or a denial of Plaintiff's "contract rights" motivated by racial considerations amounting to a denial of rights under §1981.

3. Defendant argues that there are no genuine issues as to any material facts, and that as a matter of law, the evidence will establish that there were no racial considerations which motivated the Plaintiff's contractual non-renewal/denial of tenure, that any purported sexual harassment did not take place or, at the very least, in the alternative was not a motivating factor

1

in the contractual non-renewal, that any purported retaliation arising from alleged sexual harassment did not take place or, at the very least in the alternative, was not a motivating factor in the contractual non-renewal, and that there was no denial, consequently, of any of Plaintiff's §1981 rights. Further, the evidence will establish that Defendant had more than adequate non-discriminatory reasons for denial of contractual renewal, and that such reasons were not pretextual.

    4. Attached hereto in support of this Motion are the following exhibits:

        a. Deposition of Tonya Rives.
        b. Exhibits 1-22 attached to Deposition of Tonya Rives.
        c. Deposition of Ronald Trelow.
        d. Deposition of Peggy Burke.
        e. Deposition of Marshaun Johnson.
        f. Deposition of Michael Murakami.
        g. Deposition of Vicki Eschman.
        h. Deposition of Sheryll Kosydor.
        i. Deposition of Kim Brush.
        j. Deposition of Linda Baldwin.
        k. Exhibits 23-29 attached to Depositions of Kosydor, Brush and Baldwin.
        l. Plaintiff's Response to Production Request (excerpt).

WHEREFORE, Defendant moves for summary judgment in its favor and against the Plaintiff as to Counts I-IV of the Amended Complaint.

                                                          s/ **Howard W. Small**
                                                          Howard W. Small, Illinois Bar No.: 2636271
                                                          Attorney for Defendant Whiteside School District #115
                                                          Law Office of Small & Freeman, Ltd.
                                                          41 East University Avenue, Suite 3D, P.O. Box 1337
                                                          Champaign, IL 61824-1337
                                                          Telephone: (217) 954.0635
                                                          Facsimile: (217) 954.0659
                                                          E-mail: hws@smallandfreemanlaw.com

**Designation of lead counsel: Howard W. Small is hereby designated as lead counsel responsible for receipt of telephone conference calls and other necessary communications from the Court.**

CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jason R. Craddock, Esq., captain1970@thelifeline.net

                                        s/ __**Howard W. Small**__
                                        Howard W. Small, Illinois Bar No.: 2636271
                                        Attorney for Defendant Whiteside School District #115,
                                        Law Office of Small & Freeman, Ltd.
                                        41 East University Avenue, Suite 3D, P.O. Box 1337
                                        Champaign, IL 61824-1337
                                        Telephone: (217) 954.0635
                                        Facsimile: (217) 954.0659
                                        E-mail: hws@smallandfreemanlaw.com