IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONYA RIVES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   -vs- | )    NO. 11-1145-SCW |
| | ) |
| ILLINOIS FEDERATION OF TEACHERS and WHITESIDE SCHOOL DISTRICT NO. 115, | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendant **ILLINOIS FEDERATION OF TEACHERS** was voluntarily dismissed by an Order entered by Judge G. Patrick Murphy on July 25, 2012 (Doc. 27).

The remaining Defendant **WHITESIDE SCHOOL DISTRICT NO. 115** was granted summary judgment by an Order entered by Magistrate Judge Stephen C. Williams on January 2, 2014 (Doc. 99).

**THEREFORE, IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **WHITESIDE SCHOOL DISTRICT** and against Plaintiff **TONYA RIVES**.

Plaintiff shall take nothing from this action.

**DATED**: January 3, 2014

                                                     NANCY J. ROSENSTENGEL, CLERK

                                                     BY: s//Angela Vehlewald
                                                              Deputy Clerk

Approved by     s//Stephen C. Williams
                United States Magistrate Judge
                      Stephen C. Williams